UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMOND DANIEL FRASU,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>ELM LOCATING & UTILITY SERVICES,<br><br>    Garnishee. | NO. 2:18-MC-00049-RSL<br><br>(2:99-CR-00351-RSL-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, ELM Locating & Utility Services, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee ELM Locating & Utility Services filed its Form Answer on April 30, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Raymond Daniel Frasu was an active employee who was paid bi-weekly.

//

//

CONTINUING GARNISHEE ORDER (*USA v. Raymond Daniel Frasu and ELM Locating & Utility Services,* Court Nos. 2:18-MC-00049-RSL & 2:99-CR-00351-RSL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about April 19, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, ELM Locating & Utility Services, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Raymond Daniel Frasu, upon each period of time when Defendant/Judgment Debtor Frasu is entitled to receive such funds, and shall continue said payments, if any, until Defendant/ Judgment Debtor Frasu's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Frasu's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:99-CR-00351-RSL-1 and 2:18-MC-00049-RSL, and to deliver such payment either personally or by First Class Mail to:

//

CONTINUING GARNISHEE ORDER (*USA v. Raymond Daniel Frasu and ELM Locating & Utility Services,* Court Nos. 2:18-MC-00049-RSL & 2:99-CR-00351-RSL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 9th day of July, 2018.

*signature*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER (***USA v. Raymond Daniel Frasu and ELM Locating & Utility Services,* **Court Nos. 2:18-MC-00049-RSL & 2:99-CR-00351-RSL-1) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970